# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JUSTINE GILLESPIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:08cv0146 TCM |
| ) | |
| **UNO RESTAURANTS, LLC, and** ) | |
| **PIZZERIA UNO OF FAIRFIELD, INC.,** ) | |
| d/b/a Pizzeria Uno and Uno Chicago ) | |
| Grill, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This Court previously granted Plaintiff leave to file an amended complaint. The amended complaint was not attached to her motion; rather, a copy of that motion was attached. Consequently, no amended complaint has been filed. Accordingly, Plaintiff is ordered to, **within five days of the date of this Order**, file (i) her amended complaint, (ii) notice of private process server, and (iii) appropriate summons.

The Court also advises Plaintiff that neither the Court nor a member of the Clerk's office was able to reach Plaintiff's attorney by the telephone number listed due to a malfunction in that number. Counsel is advised to remedy this problem within the five-day period.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2008.